Case 12-02291 Filed 03/18/13 Doc 29




FILED

MAR 18 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JAMES JOSEPH WILSON,<br><br>    Debtor(s).<br>_____<br><br>MAGALY SALGADO,<br><br>    Plaintiff(s),<br><br>vs.<br><br>JAMES JOSEPH WILSON,<br><br>    Defendant(s).<br>_____ | Case No. 12-25659-B-13J<br><br>Chapter 13.<br><br>Adv. No. 12-2291-B<br><br>ORDER MODIFYING<br>SCHEDULING ORDER |

    Good cause appearing, pursuant to Bankruptcy Rule 7016 and FRCP 16(b), it is hereby

    ORDERED, that the court's Scheduling Order entered September 6, 2012 (Dkt.10) (the "Scheduling Order") is hereby modified as follows:

    Pre-Trial Conference Statements Due:    June 12, 2013

    Proposed Joint Pre-Trial Order Due:    June 12, 2013

    Pretrial Conference:    June 19, 2013

-1-

```
 1                                              11:00 a.m.
 2    Trial:                                     To be set.
 3        ORDERED, that all dates in the Scheduling Order that are
 4   inconsistent with the above dates, including without limitation
 5   the Pre-Trial Conference set for March 20, 2013, are vacated.
 6        ORDERED, that the Scheduling Order, as modified herein,
 7   remains in full force and effect.
 8
 9   Dated: MAR 1 5 2013           /s/ Thomas C. Holman
10                                 United States Bankruptcy Judge
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was served by mail to the following entities listed at the address(es) shown below.

Office of the US Trustee
501 I St, Ste 7-500
Sacramento, CA 95814

Diana Cavanaugh
2801 Concord Blvd.
Concord, CA 94519

Mark Leonard
8880 Cal Center Dr #180
Sacramento, CA 95826

James Wilson
6830 Boulder Rd
Granite Bay, CA 95746-8140

DATED: 3/18/13

By: *Elizabeth Argento*
Deputy Clerk

Elizabeth Argento