# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Salgado v. Wilson | **Case No :** | 12–25659 – B – 13 |
| | | **Adv No :** | 12–02291 – B |
| | | **Date :** | 3/20/13 |
| | | **Time :** | 11:00 |
| **Matter :** | Pre–Trial Conference – [1] – Adversary case 12–02291. (65 (Dischargeability – other)) : Complaint 12–02291 by Magaly Salgado against James Joseph Wilson. Fee $293 (ltas) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

PRE–TRIAL CONFERENCE was:
Dropped from calendar


This matter previously continued to June 19, 2013 at 11:00 a.m. pursuant to modified scheduling order signed March 15, 2013.